UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:17 CR 011 CDP |
| | ) |
| JERRY BEAN, | ) |
| | ) |
| Defendant. | ) |

**GOVERNMENT'S REQUEST FOR HEARING
ON POST-PLEA RELEASE VIOLATION**

COMES NOW the United States of America, by and through Carrie Costantin, Acting United States Attorney for the Eastern District of Missouri, and Thomas J. Mehan, Assistant United States Attorney for said district, and files this request for a hearing on the Defendant's violation of his post-plea conditions of release as set forth in Docket No. 45.

Respectfully submitted,

CARRIE COSTANTIN
Acting United States Attorney

*Thomas J. Mehan*
THOMAS J. MEHAN, #28958MO
Assistant United States Attorney

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 24, 2017, a true and accurate copy of this document was filed with the Court's electronic file management system to all counsel of record.

/s/ *Thomas Mehan*
THOMAS MEHAN, #28958MO
Assistant United States Attorney